IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00204-MSK-KLM

ANGEL C. ESQUIVEL, and
ANITA ESQUIVEL,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Joint Motion to Extend Deadline for Filing Dismissal Papers and to Vacate All Deadlines** [Docket No. 52; Filed July 15, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**. The parties shall file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41 on or before **August 26, 2010**. The scheduling deadlines remain in effect.

    Dated: July 16, 2010